No. 84–229. ACCARDI ET AL. *v.* DAVIDSON ET AL.; and

No. 84–5052. ZAHN, ADMINISTRATRIX OF THE ESTATE OF ZAHN *v.* DAVIDSON ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions. ▮

No. 84–240. FREEDMAN ET AL. *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.